UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re CHRISTOPHER CARREA, Jr.,

    Plaintiff

                                /

No. C 14-0397 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed an action under 42 U.S.C. § 1983.  Plaintiff was informed he must file an in forma pauperis application and a formal complaint to proceed with this case.  Plaintiff now requests that this action be dismissed.  Docket No. 4. Plaintiff's motion (Docket No. 4) is **GRANTED** and this case is dismissed without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: March 3, 2014.

                                                PHYLLIS J. HAMILTON
                                               United States District Judge

G:\PRO-SE\PJH\CR.14\Carrea0397.dsm.wpd